IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                              ORDER

        Plaintiff,

                                             08-cr-116-C-02

  v.

RAMON JURADO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Ramon Jurado has filed a motion and affidavit for leave to file an appeal from the judgment of conviction and sentence entered in this case on May 28, 2009, together with a notice of appeal.

      According to Fed. R. App. P. 24(a), a defendant who is found eligible for court-appointed counsel in the district court proceedings may proceed on appeal _in forma pauperis_ without further authorization "unless the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed." In this case defendant had retained counsel during the criminal proceedings against him and has not submitted an affidavit of indigency.  However, I find from the presentence report

1

that defendant Jurado has no assets or means to earn a living. He qualifies to proceed <u>in forma pauperis</u> on appeal.

## ORDER

IT IS ORDERED that defendant Ramon Jurado's request for leave to proceed <u>in forma pauperis</u> on appeal is GRANTED.

Entered this 22nd day of June, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge